Revised 18-CV-01307-MSK
**FILED**
U.S. DISTRICT COURT
DISTRICT OF COLORADO

**2019 JAN 15 PM 1:55**

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. __18-CV-01307-GPG__
(To be supplied by the court)

__Ahmaun Williams__, Plaintiff

v.

__Harvest Strategy Group Inc.__,

_____,

_____,

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## EMPLOYMENT DISCRIMINATION COMPLAINT

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Revised: 18-cv-01307-MSK

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Ahmaun Williams    10022 Montview Blvd. #201 Adams County, CO
(Name and complete mailing address)

720-276-6964    Ligerseall@live.com
(Telephone number and e-mail address)

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Harvest Strategy Group, 1776 Lincoln St, Denver, CO 80202
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 2:
(Name and complete mailing address)

(Telephone number and e-mail address if known)

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

**X** Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

___ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

___ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

**X** Other: *(please specify)* Title 24 Colorado Revised Statue, § 24-34-402 (Discriminatory or unfair employment practices)

Revised: 18-cv-01307-MSK

CLAIM __4__ : __Wrongful Termination- CRS § 8-4-109__

The conduct complained of in this claim involves the following: (*check all that apply*)

\_\_\_ failure to hire            \_\_\_ different terms and conditions of employment

\_\_\_ failure to promote         \_\_\_ failure to accommodate disability

**X** termination of employment  **X** retaliation

\_\_\_ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

**X** race       \_\_\_ religion    \_\_\_ national origin    \_\_\_ age

**X** color      \_\_\_ sex         \_\_\_ disability

Supporting facts:

1. On October 17, 2017 defendant terminated employment with the plaintiff in retaliation.
2. On October 17, 2017 within 6 hours plaintiff received a check absent of bereavement pay of 6 hours submitted to OASIS payroll the previous week.
3. After 6 hours had lapsed defendant did not pay plaintiff for a full day of work.
4. The net total of the bereavement check was $138.37.
5. The check was mailed out on 10/24/2017 a week after termination.
6. Plaintiff received the check about a day later.
7. Plaintiff is entitled to relief for violations under this statue.
8. The violations of law complained of herein were made in thoughtful disrespect, malicious and reckless indifference for the rights and safety of plaintiff as a matter of law.

*[signature]*   1/15/18